IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS
AT TOPEKA, KANSAS

| | |
|---|---|
| GERALD SHAFT,<br><br>      Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, *et seq.*, Defendant, Reliance Standard Life Insurance Company ("Reliance Standard") Removes this case from the District Court of Saline County, Kansas to this Court by filing this Notice of Removal, and respectfully states as follows:

1.  On August 3, 2020, Plaintiff, Gerald Shaft, ("Shaft or Plaintiff") commenced a civil action in District Court of Saline County, Kansas ("the State Court"), bearing the style, *Gerald Shaft v. Reliance Standard Life Insurance Company*, Case No. 2020-CV-000139-CO ("the Civil Action"). The Civil Action is pending in the State Court.

2.  By Email and Facsimile letter dated August 26, 2020, Plaintiff sent to Reliance Standard an as filed copy of the State Court Petition, along with a Motion for Appointment of a Special Process server, a copy of a Summons and other documents, all of which are attached as Exhibit A, and which constitute all documents, concerning this case delivered to Reliance Standard to date. Reliance Standard contends that the fax and email delivery of the foregoing documents are not effective service of process

-2-

and process is defective.  Reliance Standard was not properly served, but does have knowledge of this lawsuit and therefore has removed this case as set forth, *supra* and *infra*.

3. Reliance Standard has, to date, made no appearance in the Civil Action in State Court.

4. The Civil Action is one of which this Court has jurisdiction pursuant to 28 U.S.C. § 1332 and removal jurisdiction pursuant to 28 U.S.C. § 1441 in that:

(a) Reliance Standard, both at the time of filing of the Civil Action and as of the date of filing of this Notice, was and is an insurance company incorporated under the laws of the state of Illinois with its principal place of business in the state of Pennsylvania.

(b) Shaft, both at the time of filing of the Civil Action and as of the date of filing this Notice, was and is a citizen of the state of Kansas.

(c) Jurisdiction exists between all parties in the civil action in that the civil action is between citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff prays for recovery of $200,000 in death benefits under a group life insurance policy, and penalties and attorney's fees. The claimed death benefit is in excess of the $75,000 statutory amount in controversy.

(d) This action is within the original jurisdiction of the Court pursuant to the provisions of 28 U.S.C. § 1332.

5. Reliance Standard has filed this Notice prior to the expiration of thirty (30) days following its receipt of a copy of the State Court Petition.

6. The judicial district and division of this Court embraces Saline County, Kansas, the place where the Civil Action is pending.

7. Reliance Standard will give written notice to Shaft through his counsel and will file a Notice of Filing of Notice of Removal with the Clerk of the District Court of

-3-

Saline County, Kansas.  Reliance Standard attaches a copy of the Notice of Filing of Notice of Removal as <u>Exhibit B</u>.

8. Further as required by D. Kan. Local Rule 81.2 Reliance Standard shall, within 21 days after filing the notice of removal, file with the clerk of this court a copy of all records and proceedings had in the state court.

WHEREFORE, Defendant, Reliance Standard Life Insurance Company prays that the Civil Action now pending against it in the District Court of Saline County, Kansas be removed therefrom to this Court.

## DESIGNATION OF PLACE OF TRIAL

Defendant states that the place of trial shall be at the United States District Courthouse in Topeka, Kansas.

LATHROP GPM LLP


By:   /s/ *Richard N. Bien*
Richard N. Bien (D. Kan. 70101)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
rbien@lathropgage.com

Carrie E. Josserand (18893)
10851 Mastin Boulevard
Building 82, Suite 1000
Overland Park, Kansas 66210-1669
Telephone: (913) 451-5100
Telecopier: (913) 451-0875
carrie.josserand@lathropgpm.com

ATTORNEYS FOR DEFENDANT
RELIANCE STANDARD LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2020, a copy of the above pleading was served via the District Court ECM/ECF system, and by first class United States mail, postage prepaid, on the following counsel of record:

Norman R. Kelly
Norton, Wasserman, Jones & Kelly, L.L.C.
213 S, Santa Fe
P.O. Box 2388
Salina, KS 67401-2388
Tel: 785-827-3646
Fax:785-827-0538
Email: nrk@nwjklaw.com

ATTORNEYS FOR PLAINTIFF


/s/ *Richard N. Bien*
An Attorney for Defendant