IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GERALD SHAFT,

    Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

    Defendant.

Case No. 5:20-CV-04057-HLT-TJJ

## ORDER

The parties jointly move to dismiss the case. Doc. 20. The motion states that the parties have reached a satisfactory compromise on all claims in this case and seek dismissal with prejudice, with each party bearing its own costs.

THE COURT THEREFORE ORDERS that the Joint Motion to Dismiss with Prejudice (Doc. 20) is GRANTED. This case is dismissed WITH PREJUDICE. Each party shall bear its own costs.

IT IS SO ORDERED.

Dated: April 21, 2021    */s/ Holly L. Teeter*
    HOLLY L. TEETER
    UNITED STATES DISTRICT JUDGE